UNITED STATES BANKRUPTC COURT
WESTERN DISTRICT OF WISCONSIN

In re:
Shatara Marie Javed
Hussain Syed Javed,

Debtors.

Case No. 26-10785
Chapter 13

**ORDER GRANTING MOTION TO EXTEND TIME**

Upon consideration of the Debtors' Motion to Extend Time, the Court finds good cause.

IT IS ORDERED that the Debtors are granted an additional two (2) days to file all required schedules and documents.


###