**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

In Re:

Shatara Marie Javed
Hussain Syed Javed

Case Number: 3−26−10785−cjf
Chapter: 13

Debtor(s).

---

# Notice of Preliminary Hearing

PLEASE TAKE NOTICE that a preliminary hearing will be held on:

April 27, 2026 at 01:30 PM

U.S. Federal Courthouse, 3rd Floor, Courtroom 350, 120 N. Henry Street, Madison, WI 53703

If you wish to appear by telephone, call the Court conference line at 1−855−244−8681, meeting number 23166492589, to participate in this telephonic hearing.

to consider and act upon the following:

Motion to Shorten Time

Dated: April 24, 2026

John G Kohler, Clerk
U.S. Bankruptcy Court

In re:

Shatara Marie Javed

Hussain Syed Javed

     Debtors

Case No. 26-10785-cjf

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0758-3      User: eADIuser      Page 1 of 1

Date Rcvd: Apr 24, 2026      Form ID: NtcPrl      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

**Recip ID**      **Recipient Name and Address**

db/jdb      +   Shatara Marie Javed, Hussain Syed Javed, 6574 Norski Court, Windsor, WI 53598-8800

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Kimberly P. Sebranek | on behalf of Creditor Summit Credit Union k.sebranek@els-law.com  sshank@els-law.com |
| Mark Harring | court@ch13wdw.org |
| U.S. Trustee's Office | USTPRegion11.MD.ECF@usdoj.gov |

TOTAL: 3